UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14086-CR-MOORE

**UNITED STATES OF AMERICA,**

       Plaintiff(s),

vs.

**SAMUEL GARNER,**

       Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued February 29, 2008 [36]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Brian James Urso is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this __30th__ day of May, 2008.

                                                  K. MICHAEL MOORE
                                                  UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record